## MOTION AND PROCEDURAL RULINGS

**2010–1877.  State v. Roy.**
Butler App. No. CA2009–11–290, 2010-Ohio-4405. On motion to clarify decision for remand. Motion denied.

**2011–1714.  State ex rel. Shepherd v. Henson.**
In Mandamus. On motion to vacate void judgments, motion to strike James DeWeese's response to motion to vacate and motion to declare relator a vexatious litigator, amended motion to strike motion to vacate void judgment, and amended motion to have petitioner declared a vexatious litigator. Motions denied.

It is ordered by the court, sua sponte, that Randy Shepherd is found to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). Accordingly, it is ordered by the court that Randy Shepherd is prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Any request for leave shall be submitted to the clerk of this court for the court's review.

O'DONNELL, KENNEDY, and FRENCH, JJ., dissent and would not find respondent to be a vexatious litigator.

**2011–1802.  State ex rel. Shepherd v. Farmer.**
In Mandamus. On motion to vacate void judgments. Motion denied.

**2012–0852.  State v. Broom.**
Cuyahoga App. No. 96747, 2012-Ohio-587. This cause is pending before the court as a jurisdictional appeal. It is ordered by the court, sua sponte, that the parties shall brief the following issues before the court decides whether to accept jurisdiction:

1. Whether the petition satisfies any of the statutory exceptions for successive postconviction petitions enumerated in R.C. 2953.23(A); and

2. If no statutory exception applies, whether the trial court lacked subject-matter jurisdiction to consider the petition.

Appellant's brief shall be filed within 30 days of the date of this entry and appellee's brief shall be filed within 20 days of the filing of appellant's brief. No requests or stipulations for extension of time shall be permitted.

PFEIFER, O'DONNELL, and KENNEDY, JJ., dissent.

**2012–1742.  State ex rel. Sylvester v. Neal.**
In Mandamus. It is ordered by the court, sua sponte, that pursuant to this court's May 22, 2013 decision in case No. 2013–0364, *State ex rel Fox v. Walters*, this case is consolidated with case No. 2013–0364.

It is further ordered by the court, sua sponte, that this case be scheduled for oral argument before the full court.

**2013–0303.  State ex rel. Lacey v. Weaver.**
In Mandamus. On relator's motion to vacate, motion to strike, motion for default judgment, motion for sanctions, motion for findings of fact and conclusions of law, and motion for stay. Motions denied.

**2013–0364.  State ex rel. Fox v. Walters.**
In Mandamus. It is ordered by the court, sua sponte, that this case be scheduled for oral argument before the full court.

**2013–0586.  Sivit v. Village Green of Beachwood, L.P.**
Cuyahoga App. No. 98401, 2013-Ohio-103. On motion of Carlos Sivit et al. to strike appellants' merit brief, the motion is granted as to proposition of law No. IV only.

O'DONNELL, J., would grant the motion as to all propositions of law.

PFEIFER and O'NEILL, JJ., dissent.